Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

OCALA Division

|  |  |
|---|---|
| Ronny Scott Cooper | )  Case No. 5:22-cv-246 PGB PRL |
| _Plaintiff(s)_ | ) _(to be filled in by the Clerk's Office)_ |
| _(Write the full name of each plaintiff who is filing this complaint._ | ) |
| _If the names of all the plaintiffs cannot fit in the space above,_ | ) |
| _please write "see attached" in the space and attach an additional_ | ) |
| _page with the full list of names.)_ | ) |
| -v- | ) |
| Doctor, Marino; Doctor, I Colon; The Heart of Florida. | ) |
| | ) |
| _Defendant(s)_ | ) |
| _(Write the full name of each defendant who is being sued. If the_ | ) |
| _names of all the defendants cannot fit in the space above, please_ | ) |
| _write "see attached" in the space and attach an additional page_ | ) |
| _with the full list of names. Do not include addresses here.)_ | ) |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                              Ronny Scott Cooper

All other names by which
you have been known:

ID Number                         000-5200

Current Institution               Marion County Jail

Address                           3290 W.W. 10th Street

                                  OCALA            FLA.        34475
                                  _City_           _State_     _Zip Code_

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name                              Doctor, Marino M.D.,

Job or Title *(if known)*         Doctor

Shield Number

Employer                          Heart Of Florida

Address                           3290 N.W. 10th Street

                                  OCALA            FLA.        34475
                                  _City_           _State_     _Zip Code_

[✓] Individual capacity    [✓] Official capacity

Defendant No. 2

Name                              Doctor, I. Colon M.D.,

Job or Title *(if known)*         Doctor

Shield Number

Employer                          Heart Of Florida.

Address                           3290 N.W. 10th Street

                                  OCALA            FLA          34475
                                  _City_           _State_      _Zip Code_

[✓] Individual capacity    [✓] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name     HeArt of Florida HeAlth Center

Job or Title *(if known)*     Employ's People

Shield Number

Employer     HeArt of Florida

Address     1025 S.W. 1st Ave.

      OcAlA      FlA.     34471

        *City*        *State*      *Zip Code*

[✓] Individual capacity    [✓] Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Shield Number

Employer

Address

       *City*        *State*      *Zip Code*

[ ] Individual capacity    [ ] Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

The 8th Amendment Cruel & unUsAul - Punishment mentAl AngUst, And long term DAmAge to my Body...

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*(Doctor, MArino, will not Help me with my medical Problems)*

*(Doctor I Colan .m.D will not Help me with THE Surgery I need)*

*(Heart of Florida Employ's THem)*

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x]  Pretrial detainee
- [ ]  Civilly committed detainee
- [ ]  Immigration detainee
- [ ]  Convicted and sentenced state prisoner
- [ ]  Convicted and sentenced federal prisoner
- [ ]  Other *(explain)*

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*They Arose in mArion County JAil, medical-Clinic. From mAy 1st 2019 Until .5-22-22*

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

*in tHe medical-clinic From Doctors not Providing For me And in med -B- Dorm wHere I was Housed,*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

From MAY 1st 2014, Through -5-22-22

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* Doctor MArino - FLAT-OUT wont "Help" me with my lower-Spine THAT need's Surgery". Doctor I Colon, stated I needed "Surgery" AFter Reading my M.R.I. And Disc", she said she was Sending me to A Niro-Surgeon To Do The Surgery" AT OCALA Regional Hospital Never Did she. (Heart of Florida EmPloys Them.)

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. My Injurys, My Spine is now Potruding Pushing UP Through my lower-Back Skin And my lower-Spine is Bent, And my Steel PlAtes Have moved, its CAlled. Post Surgical CHange And I Have in 4-Different PlAces SPinAl-Stenosis, (I Did not Recieve The Surgery Because I. Colon, M.D. Covered it up with Two of Her Doctors.

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I want The Courts To Help" me get Surgery" on my lower-Spine. Im Requesting $100,000 in money DAmAges ClAimed For The Alleged Acts. (And The Court To make Them give you A Copy of my "M.R.I. And Disc" And let A. Doctor Review Them....

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). *MARion County Jail From May 2019 Through - 5 - 22 - 22*

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

Sick Call, Request, Medical clinic, Alan Drake A.D.A. Coordinator.

2. What did you claim in your grievance? I was Having lower Spine Problem's, Medications, need Surgery And need to see nuro-Surgeon...

3. What was the result, if any? No" Results The Doctor's Dont want To see me, There not Helping me... And Ive, wrote The Heart of Florida Health Center, no Help"...

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

Ive Appealed By writing More Requests And The Grievance Process will never Be Completed Because Im not giving Up"...

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

Ive Been RETAliNTed AgAiNST By OFFicer SuPPess TAker my SHAMPoo in CerTAiN SHAke DowNs, throwing my Belonging All Over The PLACE. (Im limiTed)

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: I WroTe NoTice OF ~~████~~ ReQueSTS, oF INTeNTS To DocTor, MAriNo, I. Colon M.D. ANd THe HeArT OF FlAiDA HeAlTH CeNTer, "no" - ReSPonse.,

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. JusT I need "Surgery So BAD on my lower - SPine my SPine is BenT ANd THe STeel - PlATes HAve CHAnged ANd my lefT leg BurNs, ANd my RighT AmPuTATed - leg - BurN's ---

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.    Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☑ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

OcAlA, FloriDA Dismissed my CAse ''(BuT I Am INDigenT). ("order" noT AAPliCABle.)

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this
      action?

☑ Yes

☐ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is
      more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1.  Parties to the previous lawsuit
       Plaintiff(s)      Ronny Scott Cooper
       Defendant(s)  Villmarie Velez m.D. J. Colon m.D., ~~██████~~

   2.  Court *(if federal court, name the district; if state court, name the county and State)*
           Middle District

   3.  Docket or index number
           N/A.

   4.  Name of Judge assigned to your case
           Judge lemmons

   5.  Approximate date of filing lawsuit
           2020, 2021

   6.  Is the case still pending?

       ☐ Yes

       ☑ No

       If no, give the approximate date of disposition.    2021

   7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered
       in your favor? Was the case appealed?)* V. Velez M.D. I Had Her in Court
       For 20 months (Dismissed why I Don't Understand.)
       Doctor J. Colon. Dismissed For not Paying Filing Fee.
       (But I Am Indigent.)

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your
      imprisonment? I filed old lawsuits in Tallahassee, Fla,
      Jacksonville Fla. Tampa Fla (I Don't Remember Alot
      But Need Help For my Prosthetic-leg.) And
      Hip-Bone was Bleeding on Amputated leg.)

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☑ Yes

☐ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)  Konny Scott Cooper  , ₁

Defendant(s)  CAN'T Remember OLD LAw-SuiTs, NOT APPLACABle

2.   Court *(if federal court, name the district; if state court, name the county and State)*

TAllAHASSee, FlA, Federal Court, JAcksonville, FlA Federal Court, TAMPA, FlA-Federal Court (I needed Help!)

3.   Docket or index number

NOT APPlicABle

4.   Name of Judge assigned to your case

N/A

5.   Approximate date of filing lawsuit

N/A MAyBe in 1990's

6.   Is the case still pending?

☐ Yes

☑ No

If no, give the approximate date of disposition    1990's

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)* I let The CASes Be Dismissed BecAuse wHen DefendAnt GoT Served, I then The DefendAnT's HelPed me.

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    5-22-22

Signature of Plaintiff    *Ronny Scott Cooper*

Printed Name of Plaintiff    *Ronny Scott Cooper*

Prison Identification #    *000520 00*

Prison Address    *M.C.I. 3290 N.W. 16th Street*

*OCA/A*    *F/A*    *34475*
City    State    Zip Code

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

_____
City    State    Zip Code

Telephone Number    _____

E-mail Address    _____

*will not Send my Financial Certificate Back To me.*

*will not Send me my 6-month Print-out*

**SHERIFF'S OFFICE**
Marion County
**Inmate Request Form**

TO:

FOOD SERVICES ☐
LAW LIBRARY ☐
PROGRAMS ☐
PROPERTY ☐
CHAPLAIN ☐

CANTEEN/INMATE ACCOUNTS ☐
CLASSIFICATIONS ☐
PUBLIC DEFENDER ☐
DISCIPLINARY REPORT APPEALS ☐
OTHER) Inmate Account ☑

FROM (PLEASE PRINT):

Ronny Scott Cooper
(Inmate Name)

0005200
(Pin Number)

5-4-22
(Date)

MED-B
(Pod/Section/Cell #)

_____
(Received from inmate by Officer Signature and ID #)

1/4
(Date/Time)

REQUEST/COMPLAINT:

Attached is a Affidavit Certificate. Please Fill-out need For Federal-Court. (There waiting For it) Thank you!
R.S.C.

RESPONSE:

_____
(Response to inmate by Officer Signature and ID #)

_____
(Date/Time)

White Copy - Classification once the response is compiled.
Yellow Copy - Inmate once the response is compiled.
Pink Copy - Inmate after the officer signs the form.

Revised 2/22/10

*5-22-D.R.A.DR.*

*will not Send me Print out of Account ...*

**SHERIFF'S OFFICE**
Marion County
**Inmate Request Form**

TO:

| | | | |
|---|---|---|---|
| FOOD SERVICES | ☐ | CANTEEN/INMATE ACCOUNTS | ☐ |
| LAW LIBRARY | ☐ | CLASSIFICATIONS | ☐ |
| PROGRAMS | ☐ | PUBLIC DEFENDER | ☐ |
| PROPERTY | ☐ | DISCIPLINARY REPORT APPEALS | ☐ |
| CHAPLAIN | ☐ | OTHER) *Inmate Account* | ☑ |

FROM (PLEASE PRINT):

*Ronny Scott Cooper*
(Inmate Name)

*0005200*
(Pin Number)

*5-5-22*
(Date)

*MEA B*
(Pod/Section/Cell #)

(Received from inmate by Officer Signature and ID #)

(Date/Time)

REQUEST/COMPLAINT:

*NEED A SIX-Month Print-out of my Account. (For The Federal Court.)*

*Thank you    R.S.C*

RESPONSE:

_____
(Response to inmate by Officer Signature and ID #)

_____
(Date/Time)

White Copy - Classification once the response is compiled.
Yellow Copy - Inmate once the response is compiled.
Pink Copy - Inmate after the officer signs the form.

Revised 2/22/10

*2nd Request*

**SHERIFF'S OFFICE**
Marion County
**Inmate Request Form**

*will not Send*
*BACK ACCOUNT Information*

TO:

| | | | |
|---|---|---|---|
| FOOD SERVICES | ☐ | CANTEEN/INMATE ACCOUNTS | ☐ |
| LAW LIBRARY | ☐ | CLASSIFICATIONS | ☐ |
| PROGRAMS | ☐ | PUBLIC DEFENDER | ☐ |
| PROPERTY | ☐ | DISCIPLINARY REPORT APPEALS | ☐ |
| CHAPLAIN | ☐ | OTHER *Inmate Account* | ☐ |

FROM (PLEASE PRINT):

_Ronny Scott Cooper_
(Inmate Name)

_0005-200_
(Pin Number)

_5-16-22_
(Date)

_MED-B_
(Pod/Section/Cell #)

_____
(Received from inmate by Officer Signature and ID #)

_____
(Date/Time)

REQUEST/COMPLAINT:

_Need a 6 months print out of my Account_
_And the Financial Certificate I sent you,_
_Sent Back to me. Federal Courts Are waiting_
_on Both, Thank you! R.S.C._

RESPONSE:

_____

_____

_____

_____

_____

_____
(Response to inmate by Officer Signature and ID #)

_____
(Date/Time)

White Copy - Classification once the response is compiled.
Yellow Copy - Inmate once the response is compiled.
Pink Copy - Inmate after the officer signs the form.

Revised 2/22/10



**HEART OF FLORIDA HEALTH CENTER**

## INMATE MEDICAL REQUEST FORM

❑DENTAL    ❑MEDICAL    ❑MENTAL HEALTH

**(Please check one of the above)**

| Print Only | Print Only | Print Only |
|---|---|---|
| Date: 5-6-22 | Facility/Institution: M.C.J. | |
| Name: Ronny Scott Cooper | D.O.B.: 2-7-82 | |
| I.D. # 0005200 | Cell # MED-B. | |

**Problem: (in your own words)**

My legs ARE going Numb, And Burning, my spine is Beat, (Look At my Disc¨) my medication was Not Raised last week, the miligrams went Down Need my Fredmazone 30mg x2 for my spine......

### DO NOT WRITE BELOW THIS LINE

**STAFF SECTION**

Disposition: _____

Person Triaging: _____ (Name)    Date: 5/6/22    Time: 0700

**FOR STAFF USE ONLY**

S: _____

O : _____

A : _____

P : _____

Date: _____

MEDICAL SERVICES SIGNATURE

OCC033



*Retaliation By medical lowering my meds*

# HEART OF FLORIDA HEALTH CENTER

## INMATE MEDICAL REQUEST FORM

☐ DENTAL        ☑ MEDICAL        ☐ MENTAL HEALTH

**(Please check one of the above)**

| Print Only | Print Only | Print Only |
|---|---|---|

Date: 4-22-22                    Facility/Institution: M.C.J

Name: Rerry Scott Cooper        D.O.B.: 2-7-62

I.D. # 0005-200                 Cell # unit B

---

**Problem:** (in your own words)

I was getting 1200 mg Nuroten in THE morning And Afternoon At 9:00 PM 600 mg And it was going up To 1200 mg now it went Backwards To 600 mg x 3. Please "Fix" And need Pretnazone 20 mg x 2

---

### DO NOT WRITE BELOW THIS LINE

#### STAFF SECTION

Disposition: _____

Person Triaging: _____ Date: 4-14-22 Time: _____
                        (Name)

**FOR STAFF USE ONLY**

S: _____

_____

_____

O : _____

_____

_____

A : _____

_____

_____

P : _____

_____

_____

Date: _____   _____
                     MEDICAL SERVICES SIGNATURE

OCC033

CS-22-DR-W.D.M,
Wishington, D.C. ↑

**SHERIFF'S OFFICE**
**Marion County**
**Inmate Request Form**

TO:

| | | | |
|---|---|---|---|
| FOOD SERVICES | ☐ | CANTEEN/INMATE ACCOUNTS | ☐ |
| LAW LIBRARY | ☐ | CLASSIFICATIONS | ☐ |
| PROGRAMS | ☐ | PUBLIC DEFENDER | ☐ |
| PROPERTY | ☐ | DISCIPLINARY REPORT APPEALS | ☐ |
| CHAPLAIN | ☐ | (OTHER) Doctor, Colon... | ☑ |

FROM (PLEASE PRINT):

Ronny Scott Cooper

(Inmate Name)

000-5200

(Pin Number)

4-23-22

(Date)

MeD-B

(Pod/Section/Cell #)

N. Hawley 679

(Received from inmate by Officer Signature and ID #)

4-26-22  @  22:00

(Date/Time)

REQUEST/COMPLAINT:

Doctor, Colon - when you sent me to SHANDS HOSPITAl THE
LADY NURSE" Aever SAid A word And THe young Purto-
Rican man Acting As A Nurse Surgeon, THAT was your "Son"..
I need "Surgery" on my lower-SPine And need THose
MediCATion's And Crughs Re-newed (Some one" need's To let)
(Dr. Colon Read THis) SHe's STill Hear... THANK you,..

RESPONSE:

_____

_____

_____

_____

_____

_____    _____
(Response to inmate by Officer Signature and ID #)        (Date/Time)

White Copy - Classification once the response is compiled.
Yellow Copy - Inmate once the response is compiled.
Pink Copy - Inmate after the officer signs the form.

Revised 2/22/10



**SHERIFF'S OFFICE**
Marion County
**Inmate Request Form**

TO:

FOOD SERVICES ☐    CANTEEN/INMATE ACCOUNTS ☐
LAW LIBRARY ☐    CLASSIFICATIONS ☐
PROGRAMS ☐    PUBLIC DEFENDER ☐
PROPERTY ☐    DISCIPLINARY REPORT APPEALS ☐
CHAPLAIN ☐    (OTHER) *MARiT force's* ☑
*C.E.O. medical*

FROM (PLEASE PRINT):

*Ronny S. Cuckev*
(Inmate Name)

*C005200*
(Pin Number)

*4-20-22*
(Date)

*MED-B.*
(Pod/Section/Cell #)

*4/20*
(Received from inmate by Officer Signature and ID #)    (Date/Time)

REQUEST/COMPLAINT:

*Re notice of Failure to Treat, The 8TH Amendment To THE U.S. Constitution A Public Duty To Provide medical Care To THks incarcerated. Florida law mandate's Appropriate medical Treatment $945.601 F.S. My MRi I stews I need surgery on low-Back. Need my Prednazone x2 20mg "Please" need to see "Nuro-Surgeon → Thank you!.*

RESPONSE:

_____
_____
_____
_____
_____

(Response to inmate by Officer Signature and ID #)    (Date/Time)

White Copy - Classification once the response is compiled.
Yellow Copy - Inmate once the response is compiled.
Pink Copy - Inmate after the officer signs the form.

Revised 2/22/10



**SHERIFF'S OFFICE**
Marion County
**Inmate Request Form**

TO:

| | |
|---|---|
| FOOD SERVICES ☐ | CANTEEN/INMATE ACCOUNTS ☐ |
| LAW LIBRARY ☐ | CLASSIFICATIONS ☐ |
| PROGRAMS ☐ | PUBLIC DEFENDER ☐ |
| PROPERTY ☐ | DISCIPLINARY REPORT APPEALS ☐ |
| CHAPLAIN ☐ | OTHER ☑ |

(Doctor I Colon..
Any Providers..

FROM (PLEASE PRINT):

Ronny Scott Croper

(Inmate Name)

OOO 500

(Pin Number)

5-6-22

(Date)

MED -B

(Pod/Section/Cell #)

(Received from inmate by Officer Signature and ID #)

5/5/22

(Date/Time)

REQUEST/COMPLAINT:

you SAy Ive Seen Specialist (never Seen A Myra Surgeon
DisABility Rights mAde you Send me to ADvent Hospital
For Surgery "not-you" DisABility Rights mAde you Send
me For theirs At mid-Florida, "not-you (And now I
Have Filed in Federal-Court, For my Tower-Spine ...

RESPONSE:

_____

_____

_____

_____

_____

(Response to inmate by Officer Signature and ID #)

(Date/Time)

White Copy - Classification once the response is compiled.
Yellow Copy - Inmate once the response is compiled.
Pink Copy - Inmate after the officer signs the form.

Revised 2/22/10

*for A.D.A*

**SHERIFF'S OFFICE**
Marion County
**Inmate Request Form**

TO:

| | | | |
|---|---|---|---|
| FOOD SERVICES | ☐ | CANTEEN/INMATE ACCOUNTS | ☐ |
| LAW LIBRARY | ☐ | CLASSIFICATIONS | ☐ |
| PROGRAMS | ☐ | PUBLIC DEFENDER | ☐ |
| PROPERTY | ☐ | DISCIPLINARY REPORT APPEALS | ☐ |
| CHAPLAIN | ☐ | OTHER | ☑ |

*Doctor J. Colan And Providers.*

FROM (PLEASE PRINT):

Ronny Scott Cooper

(Inmate Name)

CCO.5700

(Pin Number)

5-5-22

(Date)

MED-B

(Pod/Section/Cell #)

(Received from inmate by Officer Signature and ID #)

5/5/22

(Date/Time)

REQUEST/COMPLAINT:

Every-Body trying to Hide whats wrong About my spine. your Right my Attorney is Filing Agains the Heart of Florida and All Providers in the medical clinic. ASK DR. I. Colan She covered it up. (But the light is coming)

RESPONSE:

_____

_____

_____

_____

_____

(Response to inmate by Officer Signature and ID #)

(Date/Time)

White Copy - Classification once the response is compiled.
Yellow Copy - Inmate once the response is compiled.
Pink Copy - Inmate after the officer signs the form.

Revised 2/22/10

*Lower Store*



**SHERIFF'S OFFICE**
Marion County
**Inmate Request Form**

TO:

FOOD SERVICES ☐          CANTEEN/INMATE ACCOUNTS ☐
LAW LIBRARY ☐            CLASSIFICATIONS ☐
PROGRAMS ☐               PUBLIC DEFENDER ☐
PROPERTY ☐               DISCIPLINARY REPORT APPEALS ☐
CHAPLAIN ☐               OTHER ☐

FROM (PLEASE PRINT):

_____     _____
(Inmate Name)                                (Pin Number)

_____     _____
(Date)                                       (Pod/Section/Cell #)

_____     _____
(Received from inmate by Officer Signature and ID #)     (Date/Time)

REQUEST/COMPLAINT:

_____

_____

_____

_____

_____

RESPONSE:

_____

_____

_____

_____

_____

_____     _____
(Response to inmate by Officer Signature and ID #)     (Date/Time)

White Copy - Classification once the response is compiled.
Yellow Copy - Inmate once the response is compiled.
Pink Copy - Inmate after the officer signs the form.          Revised 2/22/10

CS 2



**SHERIFF'S OFFICE**
Marion County
**Inmate Request Form**

TO:

FOOD SERVICES ☐
LAW LIBRARY ☐
PROGRAMS ☐
PROPERTY ☐
CHAPLAIN ☐

CANTEEN/INMATE ACCOUNTS ☐
CLASSIFICATIONS ☐
PUBLIC DEFENDER ☐
DISCIPLINARY REPORT APPEALS ☐
(OTHER) ☑ Sgt- Alan Drake "only"

FROM (PLEASE PRINT):

Ronny Scott Cooper
(Inmate Name)

0805200
(Pin Number)

4-
(Date)

MED-B
(Pod/Section/Cell #)

S8-11
(Received from inmate by Officer Signature and ID #)

5·1·22
(Date/Time)

REQUEST/COMPLAINT:

Alan Drake A.O.A Coordinator. I need lower Back surgery
medical Has The M.R.I And Disc, I've Been To 2-Doctor's
None were Nuro-Surgeons. Also my HiP needs surgery were
my Amputated-leg Goes in Socket thats ill, if you Don't ADDress
This, I will Contact C. Newton or Major Bowen.

RESPONSE:

_____
(Response to inmate by Officer Signature and ID #)

_____
(Date/Time)

White Copy - Classification once the response is compiled.
Yellow Copy - Inmate once the response is compiled.
Pink Copy - Inmate after the officer signs the form.

Revised 2/22/10



**SHERIFF'S OFFICE**
Marion County
**Inmate Request Form**

TO:

| | | | |
|---|---|---|---|
| FOOD SERVICES | ☐ | CANTEEN/INMATE ACCOUNTS | ☐ |
| LAW LIBRARY | ☐ | CLASSIFICATIONS | ☐ |
| PROGRAMS | ☐ | PUBLIC DEFENDER | ☐ |
| PROPERTY | ☐ | DISCIPLINARY REPORT APPEALS | ☐ |
| CHAPLAIN | ☐ | (OTHER) Doctor I. Cobn. | ☑ |

And THE HearT oF FlariaA

FROM (PLEASE PRINT):

Ronny-ScoTT CooPer

(Inmate Name)

0005200

(Pin Number)

5-10-22

(Date)

MED-B

(Pod/Section/Cell #)

(Received from inmate by Officer Signature and ID #)

5/10

(Date/Time)

REQUEST/COMPLAINT:

CouID you PleAse look into why I didnT
GeT my 800mg IBuPRoFin. And I HAveNT
HAd My BACKlAFen 10mg For 2 montH now.
(My NurbTin needs To Be RAiSed, My Nerves
in AmPuTATed leg ARe TingTeing BAd.)

RESPONSE:

_____

_____

_____

_____

_____

(Response to inmate by Officer Signature and ID #)

(Date/Time)

White Copy - Classification once the response is compiled.
Yellow Copy - Inmate once the response is compiled.
Pink Copy - Inmate after the officer signs the form.

Revised 2/22/10

Grievance.

**SHERIFF'S OFFICE**
Marion County
**Inmate Request Form**

TO:
FOOD SERVICES ☐         CANTEEN/INMATE ACCOUNTS ☐
LAW LIBRARY ☐           CLASSIFICATIONS ☐
PROGRAMS ☐              PUBLIC DEFENDER ☐
PROPERTY ☐              DISCIPLINARY REPORT APPEALS ☐
CHAPLAIN ☐              OTHER ☑ DOCTOR Colon
                       All·ProviDers, HeArT oF Floria

FROM (PLEASE PRINT):

Ronny ScoTT CooPer
(Inmate Name)

0005200
(Pin Number)

5-10-22
(Date)

MED-B
(Pod/Section/Cell #)

_____
(Received from inmate by Officer Signature and ID #)

5/10
(Date/Time)

REQUEST/COMPLAINT:

My lower-spine is in severe PAin, This Has Been going on For years, would you Please "Help" me wiTH THE "Surgery" I need. (my m.R.I And Disc Proves iT.) Thank you!.... R.S.C,

RESPONSE:

_____
(Response to inmate by Officer Signature and ID #)

_____
(Date/Time)

White Copy - Classification once the response is compiled.
Yellow Copy - Inmate once the response is compiled.
Pink Copy - Inmate after the officer signs the form.
Revised 2/22/10



Ronny Scott Cooper #0005200
Marion County Jail - MED. B.
3290 N.W. 10th Street,
OCALA, Florida. 34475
(5-22-22)

LEGAL - MAIL

INMATE MAIL

UNITED STATES DISTRICT COURT
OFFICE OF THE "CLERK"
207 N.W. Second Street, Room 337
OCALA, Florida. 34475-6666

SCREENED
By USMS